# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

## REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER

(Probation Form - Waiver of Hearing is Attached)

**Offender Name:** Obina Onyiah    **Case No.:** 07-445

**Name of Sentencing Judicial Officer:** The Honorable Joseph H. Rodriguez, Senior United States District Judge for the District of New Jersey.

**Date of Original Sentence:** July 6, 2005

**Original Offense:** Bank robbery by force or violence (Counts One through Four).

**Original Sentence:** The defendant was sentenced to the custody of the United States Bureau of Prisons for a term of 37 months, on each of the Counts One through four, to be served concurrently with credit for time already served. Following release, the defendant was placed on supervised release for a term of three years. A $400.00 special assessment was imposed and due immediately.

**Special Conditions:** 1) The defendant shall not possess a firearm or destructive device; 2) The defendant shall provide the U.S. Probation Office with full disclosure of his financial records to include yearly income tax returns upon request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful monthly statements of his income; 3) The defendant is prohibited from incurring any new credit charges or opening additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with a payment schedule for any restitution obligation; and 4) The defendant shall pay restitution in the amount of $73,237.72 in monthly installments of no less than $200.00 to commence within 30 days after release from confinement.

**Transfer of Supervision/Jurisdiction:** On August 6, 2007, jurisdiction of this case was accepted and assumed by the Honorable Mary A. McLaughlin, Eastern District of Pennsylvania.

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** July 19, 2007

**U. S. Attorney's Response:**    No Objections  X    Objections _    No Response _

---

## PETITIONING THE COURT

The offender has been unemployed since June 16, 2008.

On September 26, 2008, during an officer visit the offender was instructed to obtain and maintain employment within thirty days of our meeting. Despite this officer's assistance the offender did not secure employment.

Since the inception of supervised release the offender has had sporadic employment and has not made a legitimate effort to gain full-time employment. Hopefully, his placement at a community service site will not only assist in but will motivate him to gain employment.

On November 14, 2008, the defendant was given the option of discussing this matter with an attorney. The offender opted not to speak with his attorney prior to signing the modification.

RE:
Case No.:    07-445

On December 9, 2008, Assistant U.S. Attorney, Robert K. Reed was contacted and he concurs with this officer's recommendation.

☒ To modify the conditions of supervision as follows: That the defendant shall complete forty (40) hours of community service, at the direction and discretion of the United States Probation Office. After completion of the initial 40 hours, the defendant shall complete ten (10) hours of community service every week he is not gainfully employed at an approved job, at the direction and discretion of the United States Probation Officer.

Respectfully submitted,

Daniel W. Blahusch, Chief
U.S. Probation Officer

Derrick R. Luby
U.S. Probation Officer

Approved:

Philip W. Jones
Supervising U.S. Probation Officer
Date: 12/11/08

DRL

## ORDER OF THE COURT

Considered and ordered this _____ day of _____ 2008 and ordered filed and made part of the records in the above case.

_____
U.S. District Court Judge

/cc - U.S. Probation